*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 5/20/2015



# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| SALLY ELIZABETH NELSON, | ) | Case No. 3:15-bk-02226 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge Randal S. Mashburn |
| | ) | |
| KATHY RYAN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SALLY ELIZABETH NELSON, | ) | |
| Debtor, and | ) | |
| MICHAEL GIGANDET, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**AGREED ORDERON MOTION FOR RELIEF FROM AUTOMATIC STAY**

IT APPEARING to the Court from the signatures of the respective parties, by and through their respective counsel hereinbelow, that:

1. Debtor agrees to abandon the property that is the subject of Rutherford County General Sessions Case Number CV-240561 (hereinafter "subject property"), which are stored at the rental property of the Movant, Kathy Ryan. As a result, Debtor agrees to voluntarily dismiss said case with prejudice.

2. The Movant agrees not to pursue any debt she currently claims against the Debtor. However, the Movant may receive criminal restitution as defined by 11 U.S.C. § 1328 that may be awarded in any currently pending criminal charges against Debtor.

3. The subject property is included in the listing of Debtor's exempt assets.

1

IT FURTHER APPEARING to the Court that the parties have reached an agreement, as evidenced by the aforesaid signatures, that the aforesaid contested matter pertaining to the relief from the automatic stay requested by Movant, Kathy Ryan, shall be and is hereby considered resolved in accordance with the terms of this Agreed Order as set forth above.

IT IS ORDERED AS SET FORTH ABOVE.

BY THE COURT –

_____
BANKRUPTCY JUDGE

APPROVED FOR ENTRY:

/s/ Aaron J. Conklin
AARON J. CONKLIN, TN BPR # 018597
McCarter, Catron & East, PLLC
Attorney for Movant, Kathy Ryan
101 N. Maple St.
Murfreesboro, TN 37130
615-893-9255
Fax: 615-893-9258
aaronconklin@mcelaw.com

/s/ Joshua Aaron Coles
JOSHUA AARON COLES
Attorney for Debtor
Coles & Holton
764 Roycroft Place
Nashville, TN 37203
615-712-9537
Fax : 615-712-9768
Email: josh.coles@colesandholton.com

/s/ Michael Gigandet
MICHAEL GIGANDET
Chapter 7 Trustee
208 Centre Street
Pleasant View, TN 37416
615 746-4949

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy hereof has been served, via electronic transmission or via first-class U.S. Mail, postage prepaid, to the following:

**Joshua Aaron Coles**
Attorney for Debtor
Coles & Holton
764 Roycroft Place
Nashville, TN 37203

**Michael Gigandet**
U.S. Trustee
208 Centre Street
Pleasant View, TN 37416

**US Trustee**
Office of the United States Trustee
701 Broadway Ste 318
Nashville, TN 37203-3966

On this the 19th day of May, 2015.

/s/ Aaron J. Conklin
Aaron J. Conklin

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.